**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

HARLIN R. BROOKS
REG #26563-044                                                                                                PLAINTIFF

V.                                       2:06CV00146 JTR

LINDA SANDERS, Warden
FCI, Forrest City, Arkansas et al.                                                                     DEFENDANTS

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's November 15, 2006 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 20th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE